UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAHAN FREDERICK HANDJANI, | ) | NO. CV 16-3121-R (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| SAN FERNANDO COURT, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied for lack of jurisdiction or, alternatively, for untimeliness.

DATED: January 12, 2017

_____
MANUEL L. REAL
United States District Judge